**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-1772**

───────────────

LIJO PANGHAT, M.D.,

        Plaintiff - Appellant,

    v.

DEPARTMENT OF VETERANS AFFAIRS; UNIVERSITY OF MARYLAND AT
BALTIMORE,

        Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Ellen Lipton Hollander, Senior District Judge.  (1:19-cv-00994-ELH)

───────────────

Submitted:  January 17, 2023               Decided:  January 19, 2023

───────────────

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Lijo Panghat, Appellant Pro Se.  Catherine Anne Bledsoe, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lijo Panghat seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on July 9, 2021. Panghat filed the notice of appeal on July 18, 2022. Because Panghat failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2